[No. 14055-1-II. Division Two. February 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DARWIN ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00163-1, Gary W. Velie, J., entered June 15, 1990. *Reversed* by unpublished per curiam opinion.

[No. 14839-1-II. Division Two. February 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00525-7, William J. Kamps, J., entered March 21, 1991. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 27813-4-I. Division One. February 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES SLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-04185-3, John M. Darrah, J., entered February 17, 1991. *Affirmed* by unpublished per curiam opinion.